IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT C. ANGLIN, | ) | 4:10CV03230 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CABELA'S OUTDOOR ADVENTURES, INC., and BARRY G. BURCHELL, | ) ) ) ) | |
| Defendants. | ) | |

     IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 25) is granted, as follows:

1. Plaintiff shall have until April 22, 2011, to respond to Defendant Cabela's motion to dismiss (filing 20).
2. Plaintiff shall have until April 27, 2011, to respond to Defendant Burchell's motion to dismiss (filing 23).

March 10, 2011.
                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge