IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT C. ANGLIN, | ) | 4:10CV3230 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CABELA'S OUTDOOR | ) | |
| ADVENTURES, INC., and | ) | |
| BARRY G. BURCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that Defendant Cabela's Outdoor Adventures, Inc.'s motion for an enlargement of time (filing 30) is granted, as follows:

    Defendant shall have until May 11, 2011, to file a reply regarding its motion to dismiss (filing 20).

April 25, 2011.                              BY THE COURT:

                                                            *Richard G. Kopf*
                                                   United States District Judge