IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT C. ANGLIN, | ) | 4:10CV3230 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CABELA'S OUTDOOR | ) | |
| ADVENTURES, INC., and | ) | |
| BARRY G. BURCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Filing 33, Defendant Burchell's motion to strike filing 32 is granted, and said filing is hereby stricken.

2. Filing 34, Defendant Burchell's motion for an enlargement of time, is granted, as follows: Defendant shall have until May 11, 2011, to file a reply regarding his motion to dismiss (filing 23).

April 27, 2011.                    BY THE COURT:

                                   *Richard G. Kopf*
                                   United States District Judge