IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT C. ANGLIN, | ) | 4:10CV3230 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CABELA'S OUTDOOR ADVENTURES, INC., and BARRY G. BURCHELL, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

    IT IS ORDERED that final judgment is entered dismissing this case pursuant to Federal Rule of Civil Procedure 12(b)(6).

    DATED this 10th day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge